UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MACKIE, ARTHUR                      §    Case No. 10-18074
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/09/2012 in Courtroom 201,
        United States Courthouse
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/26/2012          By: /s/ Michael G. Berland
                                                        Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:           §
                 §
MACKIE, ARTHUR   §   Case No. 10-18074
                 §
    Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,945.12 |
| and approved disbursements of | $ | 25.00 |
| leaving a balance on hand of[1] | $ | 6,920.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank N.A. | $ 10,596.75 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,920.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,419.50 | $ 0.00 | $ 1,419.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,419.50 |
| Remaining Balance | $ 5,500.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 157,060.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Money Bank | $ 312.53 | $ 0.00 | $ 10.95 |
| 2 | GE Money Bank | $ 275.97 | $ 0.00 | $ 9.67 |
| 4 | Wladyslw Szcezepanski | $ 156,471.73 | $ 0.00 | $ 5,480.00 |

Total to be paid to timely general unsecured creditors        $        5,500.62

Remaining Balance                                            $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                        Prepared By: /s/ Michael G. Berland
                                                     Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-18074-BWB
Arthur Mackie                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rmarola          Page 1 of 2          Date Rcvd: Jan 30, 2012
                            Form ID: pdf006      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2012.
```
db          +Arthur Mackie,    9582 Corneils Road,    Bristol, IL 60512-9776
15839228    +AAA Insurance,    c/o MembeSelect Insurance Co,    1 Auto Club Drive,    Dearborn MI 48126-4213
15839224     AMTrust Bank,    POBox 742579,    Cincinnati OH 45274-2579
15839232     AT&T,    POBox 8100,    Aurora IL 60507-8100
15839229     AirTran A+Visa,    POBox 8802,    Wilmington DE 19899-8802
15839230    +Allied Waste Services,    1565 Aurora Avenue Lane,    Aurora IL 60505-8703
15839231     American Express Rewards Plus Gold,    POBox 0001,    Los Angeles CA 90096-8000
15839233     Bank of America,    POBox 851001,    Dallas TX 75285-1001
15839234     Best Buy,    c/o HSBC Retail Services,    POBox 17298,    Baltimore MD 21297-1298
15839225     Chrysler Financial,    POBox 90001921,    Louisville KY 40290-1921
15839226     Citi Mortgage,    POBox 183040,    Columbus OH 43218-3040
15839235     Costco Wholesale American Express,    Box 0001,    Los Angeles CA 90096-0001
15839236    +Diane Mackie,    9582 Corneils Road,    Bristol IL 60512-9776
15839238     FIA Card Services,    POBox 851001,    Dallas TX 75285-1001
15839250     GM Card Services,    POBox 37281,    Baltimore MD 21297-3281
15839239    +GM Carsd SErvcies,    POBox 37281,    Baltimore MD 21297-3281
15839227    +GMAC,    POBox 8100,    Hunt Valley MD 21030-8100
15839240    +JB Robinson,    POBox 3680,    Akron OH 44309-3680
16652205     JPMorgan Chase Bank N.A.,    C/O Mary Lautenbach,    Chase Auto Finance, AZ1-1191,
              201 N Central Ave. Phoenix, AZ 85004
15839249     MW Transportation Systems,    POBox 388077,    Chicago IL 60638-8077
15839248     Marian Cison,    113810 Spring Lane,    Orland Park IL 60467
15839241     OM Financial Life Ins Co,    POBox 644004,    Cincinnati OH 45264-4004
15839242    +Rush-Copley Medical Center,    2000 Ogden Avenue,    Aurora IL 60504-7222
15839244     Sears Card,    POBox 6283,    Sioux Falls SD 57117-6283
15839245     Stonebridge Life Ins Co,    2700 West Plano Parkway,    Plano TX 75075-8200
15839246    +Village of Manilus,    POBox 323,    Manilus IL 61338-0323
15839247    +Wladyslw Szcezepanski,    aka Wally Szczepanski,    John E Gierum/Gierum&Mantas,
              9700 W Higgins Rd #1015,    Rosemont IL 60018-4712
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15839251    +E-mail/Text: bankrup@nicor.com Jan 31 2012 03:02:44     (NICOR) Northern Illinois Gas,
              Attention Bankruptcy & Collections,   PO Box 549,    Aurora IL 60507-0549
15839252    +E-mail/Text: legalcollections@comed.com Jan 31 2012 03:05:41      ComEd Company,
              Attn Revenue Management Dept,   2100 Swift Drive,    Oak Brook IL 60523-1559
15839237     E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:57:11      Discount Tire/GMB,
              c/o GE Money Bank,    POBox 981127,    El Paso TX 79998-1127
15877796     E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:57:12      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15839243     E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2012 04:56:19      Sam's Club Credit,    POBox 981064,
              El Paso TX 79998-1064
                                                                                              TOTAL: 5
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**                          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: rmarola            Page 2 of 2             Date Rcvd: Jan 30, 2012
                              Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
          Andrew E Houha    on behalf of Creditor   Metlife Home Loans a division of Metlife Bank NA.
           andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
          Ariel  Weissberg    on behalf of Debtor Arthur Mackie ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
          John E Gierum    on behalf of Creditor Wally Szczepanski jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C., f/k/a
           Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com,
           riezmanberger@gmail.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                     TOTAL: 6