# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
MACKIE, ARTHUR                      §        Case No. 10-18074
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
(*Without deducting any secured claims*)

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JPMORGAN CHASE BANK N.A. |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Insurance c/o MemberSelect Insurance Company 1 Auto Club Drive Dearborn, MI 48126 | | | | | |
| | AMTrust Bank PO Box 742579 Cincinnati, OH 45274-2579 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | AirTran A+ Visa PO Box 8802 Wilmington, DE 19899-8802 | | | | | |
| | Allied Waste Services 1565 Aurora Avenue Lane Aurora, IL 60505 | | | | | |
| | American Express Rewards Plus Gold PO BOX 0001 Los Angeles, CA 90096-8000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Best Buy c/o HSBC Retail Services PO Box 17298 Baltimore, MD 21297-1298 | | | | | |
| | ComED PO Box 6111 Carol Stream, IL 60197 | | | | | |
| | Costco Wholesale American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Diane Mackie 9582 Corneils Road Bristol, IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discount Tire/GEMB c/o GE Money Bank P.O. Box 981127 El Paso, TX 79998-1127 | | | | | |
| | FIA Card Services PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | GM Card Services PO Box 37281 Baltimore, MD 21297-3281 | | | | | |
| | J.B. Robinson P.O. Box 3680 Akron, OH 44309 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507 | | | | | |
| | OM Financial Life Insurance Company PO Box 644004 Cincinnati, OH 45264-4004 | | | | | |
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | | | | |
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's Club Credit PO Box 981064 ?? El Paso, TX 79998-1064 | | | | | |
| | Sears Card PO Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | Stonebridge Life Insurance Company 2700 West Plano Parkway Plano, TX 75075-8200 | | | | | |
| | Village of Manilus PO Box 323 Manlius, IL 61338 | | | | | |
| 1 | GE MONEY BANK | | | | | |
| 2 | GE MONEY BANK | | | | | |
| 4 | WLADYSLW SZCEZEPANSKI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-18074   BL   Judge: Bruce W. Black | |
| Case Name: | MACKIE, ARTHUR | |
| For Period Ending: | 08/09/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 04/23/10 (f) |
| 341(a) Meeting Date: | 08/30/10 |
| Claims Bar Date: | 03/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9582 Cornelis, Bristol, Il-scheduled | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 112 N. 2nd, Manlius-scheduled | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking-Bridgeview Bank-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Freedom iInvestments-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing apparel-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. MW Transportation systems-50%shareholder | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. AMP Services-50%shareholder | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 2008 Chevy Aveo-1/2 interest-scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2008 Chrysler Aspen-1/2 interest-scheduled | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2008 Mitsubishi-1/2 interst-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Tax refund-unscheduled | 0.00 | 6,945.00 | | 6,945.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.08 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $353,200.00 | $6,945.00 | | $6,945.08 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee liquidated an unscheduled tax refund .

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                                      Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                            Exhibit 9

| Case No: | 10-18074 -BL | | | Trustee Name: | | MICHAEL G. BERLAND | |
| Case Name: | MACKIE, ARTHUR | | | Bank Name: | | The Bank of New York Mellon | |
| | | | | Account Number / CD #: | | *******4765  Money Market Account | |
| Taxpayer ID No: | *******6576 | | | | | | |
| For Period Ending: | 08/09/12 | | | Blanket Bond (per case limit): | | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/11 | 13 | United States Treasury | Payment of tax refund | 1124-000 | 6,945.00 | | 6,945.00 |
| | | | DEPOSIT CHECK #3158021617 | | | | |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,945.03 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,920.03 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,920.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,895.08 |
| 01/05/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 6,920.08 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,920.12 |
| 01/25/12 | | Transfer to Acct #*******5304 | Bank Funds Transfer | 9999-000 | | 6,920.12 | 0.00 |

|  | COLUMN TOTALS | 6,945.12 | 6,945.12 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 6,920.12 | |
|  | Subtotal | 6,945.12 | 25.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 6,945.12 | 25.00 | |

Page Subtotals                      6,945.12              6,945.12

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

Case No:        10-18074  -BL                    Trustee Name:      MICHAEL G. BERLAND
Case Name:      MACKIE, ARTHUR                   Bank Name:         The Bank of New York Mellon
                                                 Account Number / CD #:    *******4766  Checking Account
Taxpayer ID No:  *******6576
For Period Ending:  08/09/12                     Blanket Bond (per case limit):  $  5,000,000.00
                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                          0.00              0.00

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 4

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-18074 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MACKIE, ARTHUR | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5304  Checking Account |
| Taxpayer ID No: | *******6576 | | | |
| For Period Ending: | 08/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.04 | | -0.04 |
| * | 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.04 | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******4765 | Bank Funds Transfer | 9999-000 | 6,920.12 | | 6,920.12 |
| | 03/14/12 | 001001 | MICHAEL G. BERLAND | Trustee Compensation | 2100-000 | | 1,419.50 | 5,500.62 |
| | | | 1 NORTH LASALLE STREET | | | | | |
| | | | STE 1775 | | | | | |
| | | | CHICAGO, IL  60602 | | | | | |
| | 03/14/12 | 001002 | GE Money Bank | Claim 1, Payment 3.50366% | 7100-000 | | 10.95 | 5,489.67 |
| | | | c/o Recovery Management Systems Corporat | | | | | |
| | | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | | Miami, FL  33131-1605 | | | | | |
| | 03/14/12 | 001003 | GE Money Bank | Claim 2, Payment 3.50400% | 7100-000 | | 9.67 | 5,480.00 |
| | | | c/o Recovery Management Systems Corporat | | | | | |
| | | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | | Miami, FL  33131-1605 | | | | | |
| | 03/14/12 | 001004 | Wladyslw Szczezpanski | Claim 4, Payment 3.50220% | 7100-000 | | 5,479.96 | 0.04 |
| | | | aka Wally Szczepanski,John E | | | | | |
| | | | Gierum/Gierum&Mantas,9700 W Higgins Rd # | | | | | |
| | | | Rosemont, IL  60018 | | | | | |
| | 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.04 | | 0.00 |

| | Page Subtotals | 6,920.08 | 6,920.08 |
|---|---|---|---|

Ver: 16.06d

FORM 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-18074  -BL | | | Trustee Name: | MICHAEL G. BERLAND | |
| Case Name: | MACKIE, ARTHUR | | | Bank Name: | Congressional Bank | |
| | | | | Account Number / CD #: | *******5304  Checking Account | |
| Taxpayer ID No: | *******6576 | | | | | |
| For Period Ending: | 08/09/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,920.08 | 6,920.08 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,920.12 | 0.00 | |
| | | | Subtotal | | -0.04 | 6,920.08 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | -0.04 | 6,920.08 | |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******4765 | 6,945.12 | 25.00 | 0.00 |
| Checking Account - *******4766 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5304 | -0.04 | 6,920.08 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,945.08 | 6,945.08 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                  0.00                  0.00

Ver: 16.06d